IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01573-LTB

AKEEM MAKEEN,

      Plaintiff,

v.

HONORABLE KENNETH M. LAFF, in his official capacity as a
      Denver District Judge of the Denver District Court, and
THE STATE OF COLORADO,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on June 9, 2014, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

      DATED at Denver, Colorado, this 9th day of June, 2014.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk


                      By: s/K Lyons
                          Deputy Clerk